**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| Sam Salar, | ) | No. CV-10-75-PHX-DGC |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| vs. | ) | |
| | ) | |
| State of Arizona; County of Maricopa; and John and Jane Doe Public Employees, | ) ) ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

Plaintiff commenced this action by filing a pro se complaint on January 13, 2010. Dkt. #1. The Court dismissed the complaint for failure to state a claim for relief and denied without prejudice Plaintiff's request to proceed in forma pauperis. Dkt. #12. The Court described the complaint's deficiencies and provided Plaintiff leave to amend and advice regarding the requisite pleading standards. *Id.* at 1-3. The Court explicitly warned Plaintiff that if he were to fail to comply with the rules or any Court order, the Court may dismiss the action. *Id.* at 3.

Plaintiff has filed an amended complaint (Dkt. #18) and a renewed motion to proceed in forma pauperis (Dkt. #17). Although slightly expanded, the amended complaint is virtually identical to the original complaint. Plaintiff's claims appear to arise out of an automobile accident in which he suffered serious injuries. Plaintiff alleges that the accident was caused by the State of Arizona, Maricopa County, and unnamed public employees. He claims that Defendants were involved in a conspiracy against him, had installed cameras and

listening devices in his home, and had installed a GPS tracking device in his car. Plaintiff alleges that he was being pursued by at least one hundred state agents, including registered nurses, at the time of his accident. Plaintiff further alleges that Defendant wrongfully purged files from the 15 lawsuits he has filed against Defendants since 2004. Plaintiff states that he is establishing an "UntiMafia" non-profit organization that will employee Arizona residents, and that all proceeds from this lawsuit will go to the organization. Dkt. #18.

For reasons stated in the Court's previous order, Plaintiff's amended complaint still fails to state a claim upon which relief can be granted. Dkt. #12. The Court also concludes that Plaintiff's amended complaint must be dismissed as frivolous. *See* 28 U.S.C. § 1915(e)(2)(B)(i); *Athans v. Starbucks Coffee Co.*, No. CV-06-1841-PHX-DGC, 2007 WL 1673883 (D. Ariz. June 11, 2007). Because Plaintiff has failed to follow the Court's instructions in the assertions of his amended complaint, and clearly is unable to set forth a claim against Defendants that would be plausible or subject to this Court's jurisdiction, further leave to amend will not be granted.

**IT IS ORDERED:**

1. Plaintiff's renewed motion to proceed in forma pauperis (Dkt. #17) is **denied**.
2. The amended complaint (Dkt. #18) is **dismissed with prejudice**.
3. The Clerk shall **terminate** this action.

DATED this 29th day of April, 2010.

David G. Campbell
United States District Judge